

**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Lance J. Kalik
Co-Managing Partner

Direct:
t: 973.451.8447
f: 973.451.8667
lkalik@riker.com
Reply to: Morristown

October 26, 2018

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, N.Y. 10007

Re: **Employers Ins. Co. of Wausau v. Harleysville Preferred Ins. Co., et al.**
**Docket No.: 1:15-cv-4175-DLC**

Dear Judge Cote:

We represent defendant Harleysville Preferred Insurance Company ("Harleysville"). We submit this letter in accordance with Your Honor's Individual Rules to request oral argument on Harleysville's motion for summary judgment, which is now fully submitted.

Respectfully submitted,

Lance J. Kalik (LK-4677)

cc: All counsel of record (via ECF)

4995203v1

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
www.riker.com