

Lance J. Kalik
Co-Managing Partner

Direct:
t: 973.451.8447
f: 973.451.8667
lkalik@riker.com
Reply to: Morristown

December 13, 2018

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, N.Y. 10007

    Re:    **Employers Ins. Co. of Wausau v. Harleysville Preferred Ins. Co., et al.**
             **Docket No.: 1:15-cv-4175-DLC**

Dear Judge Cote:

We represent defendant Harleysville Preferred Insurance Company ("Harleysville") in the above-captioned matter.  We write to inform the Court that the parties have reached a settlement in principle of both the underlying bodily injury action and this coverage dispute.   We respectfully request that Your Honor hold in abeyance Harleysville's pending motion for summary judgment, which was fully submitted as of October 26, 2018, while the parties finalize the terms of the settlement.  All parties consent.

Should Your Honor have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Lance J. Kalik*

Lance J. Kalik (LK-4677)

cc:    All counsel of record (via ECF)

5008168v1

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
www.riker.com