UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    15cv4175(DLC)
EMPLOYERS INSURANCE COMPANY OF WAUSAU,    :
                                         :    ORDER OF
                            Plaintiff,   :    DISCONTINUANCE
            -v-                          :
                                         :
HARLEYSVILLE PREFERRED INSURANCE         :
COMPANY, THE TRAVELERS INDEMNITY         :
COMPANY, and THE ELECTRICAL EMPLOYERS    :
SELF INSURANCE SAFETY PLAN,              :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2018

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 18, 2019**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          December 14, 2018

                                        _____
                                              DENISE COTE
                                        United States District Judge